UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN IMUL-MEJIA<br><br>Plaintiff(s),<br><br>v.<br><br>PATRICIA HYDE, MICHAEL KROL, TODD M LYONS, and KRISTI NOEM<br><br>Defendant(s). | Civil Action No. 25-12627-JEK |

## ORDER OF DISMISSAL

**KOBICK, D.J.**

In accordance with the Court's Electronic Order dated November 13, 2025, ECF 25, granting the petitioner's motion to voluntarily dismiss, ECF 24, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

Dated: November 13, 2025

/s/ Haley Currie

Deputy Clerk